**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Selvin Onan Lemus Lopez
    Petitioner

       V.

                                   CIVIL ACTION

                                   NO.  1:26-cv-11292-ADB


Antone Moniz et al
      Respondents


**ORDER OF DISMISSAL**


Burroughs, D. J.


     In accordance with the Court's Electronic Order dated March 24, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.


                             By the Court,


March 24, 2026                         /s/Caetlin McManus
     Date                              Deputy Clerk